THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT STROUP, et al., | : |
| | : 3:19-cv-1665 |
| Plaintiffs, | : (JUDGE MARIANI) |
| | : (Chief Magistrate Judge Schwab) |
| v. | : |
| | : |
| KONDAUR CAPITAL CORPORATION, | : |
| | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 2nd DAY OF DECEMBER, 2020, upon review of Chief Magistrate Judge Susan Schwab's Report and Recommendation ("R&R") (Doc. 18) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 18) is **ADOPTED** for the reasons set forth therein;

2. Pursuant to Federal Rule of Civil Procedure 41(b), this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and for failure to comply with the Court's Orders;[1]

3. The Clerk of Court is directed to **CLOSE** the case.

Robert D. Mariani
United States District Judge

---

[1] Plaintiffs' failure to file any Objections to the pending R&R, despite two months having passed since its issuance, further supports the conclusion that Plaintiffs have failed to prosecute this action and that dismissal is appropriate pursuant to Rule 41(b).